**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1.  JAMES L. MUNDELL,               )<br>                                                        )<br>        Plaintiff,                              )<br>                                                        )<br>vs.                                                   )          Case No. 14-CV-510-GKF-PJC<br>                                                        )<br>1.  SAME DAY AUTO REPAIR, INC., a )<br>     domestic for profit business corporation, )<br>                                                        )<br>        Defendant.                           ) | |

**JOINT STIPULATION OF DISMISSAL**

**COME NOW** Plaintiff James L. Mundell and Defendant Same Day Auto Repair, Inc., by and through their respective attorneys of record, and jointly stipulate to dismissing this matter with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii).   All claims related to this matter are hereby dismissed with prejudice to the re-filing of the same, and neither party asserts or admits to any liability on the part of either party.   Each party will bear his /its own costs related to this matter.  As a result of this dismissal, there are no remaining defendants or claims.

Respectfully submitted,

**KEESLING LAW GROUP, PLLC**

 /s/ Timothy S. Kittle
David R. Keesling, OBA No. 17881
Timothy S. Kittle, OBA No. 21979
401 South Boston Avenue
Mid-Continent Tower, Suite 450
Tulsa, Oklahoma 74136
(918) 924-5101 – Telephone
(918) 512-4888 – Facsimile
David@KLGattorneys.com
Tim@KLGattorneys.com
*Attorneys for Plaintiff:*
*James L. Mundell*

*/s/ Jordan L. Miller
*(*Signed with consent of Counsel for Defendant)*
Jordan L. Miller, OBA No. 30892
**COLLINS, ZORN & WAGNER, P.C.**
429 N.E. 50th Street, 2nd Floor
Oklahoma City, Oklahoma 73105-1815
(405) 524-2070 – Telephone
(405) 524-2078 – Facsimile
Jordan@czwglaw.com
***Attorneys for Defendant:***
***Same Day Auto Repair, Inc.***